IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

TERRENCE TALIFERRO                §

VS.                               §       CIVIL ACTION NO. 1:07cv273

WARDEN QUINTANA                   §

MEMORANDUM OPINION

Terrence Taliferro, an inmate confined at the Federal Correctional Institute-Low at Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Discussion

Petitioner was previously convicted of a criminal offense in the United States District Court for the Central District of Illinois. He complains that he has improperly denied a reduction in his sentence pursuant to 18 U.S.C. § 3621(e). Petitioner previously filed an identical petition raising the same claim. The prior petition, *Taliferro v. Quintana*, 1:07cv251, remains pending before the court. As petitioner has filed another petition raising the same claim, his current petition will be dismissed without prejudice as repetitious. All arguments petitioner may have in support of his claim should be raised in civil action number 1:07cv251.

Conclusion

For the reasons set forth above, this petition for writ of habeas corpus will be dismissed without prejudice as repetitious.

An appropriate final judgment shall be entered.

     **SIGNED** this the **11** day of **May, 2007.**

Thad Heartfield
United States District Judge